Case number ~~15-50050-SLJ~~  15-05167 SLJ

5/26/2016
FILED
MAY 2 6 2016/b
United States Bankruptcy Court
San Jose, California

Attention Judge Johnson,

Here are the amounts invested according to Dan Shaw.
Dan says I am still owed $184,977.24 which is the divided among 4 different Deeds of Trust.

1260 —$25,000.00  Thomas T. Nguyen Loan (Deed of Trust)
1498 —$100,000.00  San Marcos Villages Loan (Deed of Trust)
1507 —$43,801.77  Jose B. Trinidad Loan (Deed of Trust)
1669 —$16,175.47 27057 Industrial Blvd., LLC (Deed of Trust)

1260
This loan was supposed to pay us a guaranteed interest rate of 12.00% and last 3 years.  It was also supposed to be "Borrowers are purchasing a total of 6 contiguous parcels (214.4 acres) along the intersection of Hwy. 99 and Hwy. 58."

We subsequently learned that the property was not in the stated location but several miles away.  If my memory serves me correctly it was 20 miles away from the intersection of the two highways.  This information was provided to me by another investor who drove to the site and did some research at the planning department.  I think we received 2 or 3 payments before this investment defaulted.

1498
This loan was originally on 18 homes with cross collateral on another property referred to as the first phase, which was also 18 homes.  This property was developed and instead of 18 homes 23 homes were built and sold.  We also received some exemptions that saved us hundreds of thousands of dollars in the form of Below Market rate homes, not being required and other city costs being waived.  We also did not have to do some of the other upgrades to the property or add in a small park which was originally proposed.  All the homes sold at or above the original listing prices we wanted of $500 to $600K.  And yet Dan some how lost money on this DOT.  He sold 5 more homes than originally specified and then without the investors knowledge or permission took all of the proceeds and bought other properties and did not even have the investors on the acquisitions.  Dan admitted under oath at one of the court proceedings that there were " a few million dollars" at Wells Fargo from the proceeds of the sale of the 23 homes but that money did not get dispersed to the clients.  We eventually regained title to one of the properties he bought with the some of the funds.  However we were never provided the account number or original documents showing where all the funds have been used.

My belief is that Dan is playing the shell game with the various entities he owns and transferring assets back and forth and charging fees as a mortgage broker or property manager.  At one time Dan controlled 23 various real estate companies all working under the larger Cupertino Capital entity as vendors.  This loan was supposed to have

lasted 18 months. This loan was also supposed to pay 12% interest as the attache offering sheet stipulates.

1507
Dan suddenly has come up with a buyer for my investment in this property. I have delayed signing the paperwork as I was trying to get my friends and family to also get paid off in this loan. That has not worked so I will take my "Payoff" and get most of my principal back. I have told my clients and encouraged them to also request to be bought out and maybe if they are allowed into the bankruptcy hearing Dan will magically find the money as well to pay them off. However right now they have little leverage as they are not in the proceeding.

1669
This loan was originally another DOT (1203 Azzolino) but is now called 1669 industrial. We received a partial principal payment several years ago but have not been paid off since even thought the property was supposed to have been cross collateralized etc.


How has this loss has affected you and your family?

This investment with Dan Shaw has affected me in a variety of ways both personal and professional. Professionally it has nearly destroyed my business as a registered investment advisor. I lost many clients and it also help cause the closure of a small RIA called Asset Strategies and Management. It put several people out of work and we had to find new jobs and or careers.
      However what was most disturbing to me was the personal loss not of the funds but of the friends, family and clients. I value my clients and work very hard to help provide them great investment advice and to have to tell them that this was a Ponzi scheme and that Dan has been arrested and convicted of 2 counts of Felony Fraud and nearly embezzling almost a million dollars in funds in just one of his deals was devastating. Dan had over 100 DOT's that I know about and if my investments are any example most of them are worthless now. The money has been sucked out by Dan in a variety of ways. Either through fees he charged or suddenly our first position on the property is now 3rd position or we are no longer even listed on the deed.

I have spent probably thousands of hours trying to get justice for my clients and try and recover some of the funds that they are owed.

As to my immediate family my wife and 3 little boys have had a Dad that has had to work 80 to 100 weeks trying to make ends meet. I have slowly been rebuilding my business and reputation but it is a long slow process. We have had to limit everything in our house. We needed the bathroom fixed? Can't afford it everyone use the same bathroom and leave the second bathroom closed so the mold doesn't get to the kids. Vacations for the kids are limited to staying with family or a weekend at Big Basin. Time with the kids is very minimal. I used to be a volunteer coach with the YMCA and even

won the Mt. Madonna Distinguished Service Award in 2010. Now I just work weekends instead of volunteering to coach soccer, baseball, football, basketball etc.

I used to volunteer at Sacred Heart Community Services especially around XMAS and gave myself the title of Bicycle King. I helped coordinate the hundreds of bikes that were donated to the kids for xmas and even worked with Wal-mart to get bikes donated as well. All of these things have been affected by Dan Shaw and his criminal enterprise and yet it seems the investors have not received any justice or representation in this case of his personal bankruptcy.

My personal losses from my investments with Dan Shaw are probably going to top over $200,000.00 just on the principle. This does not including the loss interest I was supposed to receive. As to my clients and family and friends that invested I am sure the amount will be in the millions.

I have attached some of the offering sheets that Dan used to sell his DOT(deeds of trust) so that you can see what he claimed and what he has done with the investments.

Dan is a very smart and screwed businessman. It is my understanding that he has transferred his office that he used to won to his family members and that many of the various entities he owns he claims have little value or he only owns a 30% stake. Well as he testified in court when we were allowed to question him he said he only owned 30% of the entity that had the multiple million dollar Wells Fargo account. Well to my clients and myself 30% of a $5 million dollar account is a lot of money. Even if the account is only a few hundred thousand that is still a lot of money that should go back to my clients.

I look forward to hearing from the court and hopefully bringing Dan Shaw to justice and getting my clients back their money.


Thank you for your time,

Todd Smith


# Capital

## Trust Deed Investment

Loan #: 1203

### NOTE INFORMATION:

| | |
|---|---|
| Investment | $1,850,000.00 |
| Note Rate | 9.75% |
| Term (months) | 36 |
| Interest only Payment | $15,031.25 |

### YOUR INVESTMENT:

| | |
|---|---|
| Your Investment | $100,000.00 |
| Your Yield | 9.25% |
| Your Monthly Interest | $770.83 |

### PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| Market Value Estimate: | $3,150,000.00 | Loan Position: | First |
| Balance 1st Loan: | $1,850,000.00 | LTV 1st Loan: | 58.73% |
| Balance 2nd Loan: | $75,000.00 | LTV 2nd Loan: | 61.11% |
| Balance 3rd Loan: | | LTV 3rd Loan: | |

| | |
|---|---|
| Equity: | $1,225,000.00 |
| Address: | 27057 Industrial Blvd.<br>Hayward |
| Approximate Size: | Office and warehouse totaling 29,947 sq.ft. |
| Description: | Two level office space attached to one-story, concrete tilt-up warehouse on 1.78 acres. The office space (approx. 11,000 sq.ft) |
| Comments: | The Borrowers have operated their Italian marble and granite business,, VAP International, in the subject property for several years. They have owned the site since 1990. They lease some of the office space to other tenants to generate some additional income.<br><br>Value of the property is from an full appraisal completed in December of 2003. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.

15700 Winchester Boulevard, Los Gatos, CA 95030   Phone (408) 354-9777



# Trust Deed Investment

Loan #: 1507

## NOTE INFORMATION:

| | |
|---|---|
| Investment | $550,000.00 |
| Note Rate | 11.00% |
| Term (months) | 36 |
| Interest only Payment | $5,041.67 |

## YOUR INVESTMENT:

| | |
|---|---|
| Your Investment | $50,000.00 |
| Your Yield | 10.50% |
| Your Monthly Interest | $437.50 |

## PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| Market Value Estimate | $900,000.00 | Loan Position | FRIST |
| Balance 1st Loan | $525,000.00 | LTV 1st Loan | 58.33% |
| Balance 2nd Loan | | LTV 2nd Loan | |
| Balance 3rd Loan | | LTV 3rd Loan | |
| Equity | $375,000.00 | | |

| | |
|---|---|
| Address | 242 South Turlock |
| City | Turlock |
| Approximate Size | 4,000 s.f. on 10,500 s.f. parcel |
| Description | Completely restored property that has been used as a assisted living/group home. |
| Comments | Current borrowers have first and second mortgage due to remodeling. This loan combines the existing liens into new first loan. There is no cash out to the borrowers. |
| | The property is vacant and not on the market. They plan to market for sale in January. In the summer of 2007, the borrower declined an offer of $1.25 million. Cupertino Capital market value reflects our opinion of value. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.
15700 Winchester Boulevard   Los Gatos, California  95030    Tel (408) 354-9777   Fax (408) 354-9787


# Capital

## Trust Deed Investment

Loan #: 1498

### NOTE INFORMATION:

| | |
|---|---|
| Investment | $3,875,000.00 |
| Note Rate | 12.00% |
| Term (months) | 18 |
| Interest only Payment | $38,750.00 |

### YOUR INVESTMENT:

| | |
|---|---|
| Your Investment | $50,000.00 |
| Your Yield | 11.00% |
| Your Monthly Interest | $458.33 |

### PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| Market Value Estimate: | $5,850,000.00 | Loan Position: | FIRST |
| Balance 1st Loan: | $3,875,000.00 | LTV 1st Loan: | 66.24% |
| Balance 2nd Loan: | | LTV 2nd Loan: | |
| Balance 3rd Loan: | | LTV 3rd Loan: | |

| | |
|---|---|
| Equity: | $1,975,000.00 |
| Address: | Barrett Drive<br>Morgan Hill |
| Approximate Size: | 18 residential lots PLUS 18 finished homes |
| Description: | 36 lot subdivision in Morgan Hill. Houses range in size from 2,641 - 3,039 s.f. |
| Comments: | The purpose of this loan is the acquisition and improvement of the 18 residential lots. The first phase of the project is 90% complete with five of the 18 units under contract. This loan will be secured in FIRST position on the 18 lots in the second phase PLUS it will be additionally secured in SECOND position of the 18 completed homes as additional collateral. |
| | The purpose of this loan is only for the acquisition, completion of street improvements/paving on he second phase. This is not a construction loan for any additional homes in Phase 2. |

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.


# Capital

## Trust Deed Investment

Loan #: **1260**

### NOTE INFORMATION:

| | |
|---|---|
| Investment | $650,000.00 |
| Note Rate | 12.00% |
| Term (months) | 36 |
| Interest only Payment | $6,500.00 |

### YOUR INVESTMENT:

| | |
|---|---|
| Your Investment | $650,000.00 |
| Your Yield | 11.00% |
| Your Monthly Interest | $5,958.33 |

### PROPERTY INFORMATION:

| | | | |
|---|---|---|---|
| Market Value Estimate: | $1,060,000.00 | Loan Position: | FIRST |
| Balance 1st Loan: | $650,000.00 | LTV 1st Loan: | 61.32% |
| Balance 2nd Loan: | | LTV 2nd Loan: | |
| Balance 3rd Loan: | | LTV 3rd Loan: | |

Equity: $410,000.00

Address: Vacant Land
Bakersfield

Approximate Size: 214 acres

Description: Borrowers are purchasing a total of 6 contiguous parcels (214.4 acres) along the interesection of Hwy. 99 and Hwy. 58.

Comments: The land is adjacent to many highway commercial properties and in line for development. Borwers have already received offers to purchase one of the 6 parcels. Borrowers are long time borrowers of Cupertino Capital with a history of performing loans.

Cupertino Capital cannot legally guarantee the above loan. Every effort is made to investigate, verify and ensure the accuracy of the information presented. Cupertino Capital is a licensed California Real Estate Broker (license #01218445). Department of Real Estate "license information" telephone number is (916) 227-0931.