Form NMDap

# UNITED STATES BANKRUPTCY COURT
*for the*
**Northern District of California**

| | |
|---|---|
| In Re: Daniel Joseph Shaw and Amber June McClain Shaw, Debtor(s). | Case No.: 15–50656<br><br>Chapter: 7 |
| Todd Smith, Plaintiff(s) | Adversary No. 15–05167 |
| vs. | |
| Daniel Joseph Shaw, Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS
## OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 6/1/15, it appears that the above−named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☐ Summons and Notice of Telephonic Status Conference

☐ Adversary Cover Sheet

☑ Failure to Pay Filing Fee of $350.00

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: <u>5/27/16</u>   By the Court:

Stephen L. Johnson
United States Bankruptcy Judge